BEFORE THE FIRST DIVISION, JULY 25, 1952

**No. 56808.**—S. Hata Shoten, Ltd., et al. *v.* United States, protests 761110–G, etc. (Honolulu).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to the so-called rubber boots the subject of Abstract 56309, the claim of the plaintiffs was sustained.

**No. 56809.**—Alexanders Dept. Stores, Inc., et al. *v.* United States, protests 172122–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of wooden boxes similar in all material respects to those the subject of *X-Acto Crescent Products Co., Inc.* v. *United States* (27 Cust. Ct. 190, C. D. 1368), the claim of the plaintiffs was sustained.